PEOPLE ex rel. McLEAVY v. FRENCH et al., Police Commissioners.

(Supreme Court, General Term, First Department. November 7, 1889.)

MUNICIPAL CORPORATIONS—DISCHARGE OF POLICEMAN—JURISDICTION.
Where a policeman leaves his post and falls asleep, his dereliction gives the police commissioners jurisdiction for purposes of discipline, and the supreme court cannot review their action in regard to the punishment inflicted.

*Certiorari* to review the action of the police commissioners in dismissing the relator, Charles McLeavy, from the police force.

Argued before VAN BRUNT, P. J., and DANIELS and BARRETT, JJ.

*John M. Tierney*, for relator. *William H. Clark*, Corp. Counsel, (*W. L. Turner*, of counsel,) for respondents.

VAN BRUNT, P. J. The relator was charged with neglect of duty, the specification being that he did not properly patrol his post upon a certain occasion during his tour of patrol duty. The relator admits that he went off his post and fell asleep, and he did not awaken until the roundsman was there. The existence of this dereliction of duty gave the respondents jurisdiction of the relator for purposes of discipline, and with the extent of the punishment inflicted we have nothing to do. The writ must be dismissed, with costs. All concur.